**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BRIAN FORD, Derivatively on Behalf of Nominal Defendant QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>DEREK K. ABERLE, STEVEN R. ALTMAN, DONALD J. ROSENBERG, WILLIAM F. DAVIDSON, JR., PAUL E. JACOBS, STEVEN M. MOLLENKOPF, MARK MCLAUGHLIN, MARK FIELDS, JEFFREY HENDERSON, ANN LIVERMORE, HARISH MANWANI, CLARK RANDT, IRENE ROSENFELD, KORNELIS SMIT, ANTHONY VINCIQUERRIA,<br><br>Defendants,<br><br>and<br><br>QUALCOMM INCORPORATED,<br><br>Nominal Defendant. | Case No. |

**MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

Plaintiff Brian Ford ("Plaintiff"), through his undersigned attorneys, respectfully moves this Court, pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure and Rule 5.1.3 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware for leave to file the Complaint under seal. In support of this Motion, Plaintiff avers as follows:

1. The Complaint contains confidential information obtained through a books and records request made to Qualcomm Incorporated ("Qualcomm" or the "Company") pursuant to 8 *Del. C.* § 220.

2. Plaintiff and the Company entered into a Confidential and Non-Disclosure Agreement (the "Agreement") that prohibits Plaintiff from disclosing or otherwise making the documents produced pursuant to the Agreement public. Accordingly, certain information referencing the documents produced contained in the Complaint should be protected from disclosure and remain confidential.

3. "[T]he party seeking the closure of a hearing or the sealing of part of the judicial record bears the burden of showing that the material is the kind of information that courts will protect and that disclosure will work a clearly defined and serious injury to the party seeking closure." *SoftView LLC v. Apple Inc.*, CIV. 10-389-LPS, 2012 WL 3061027 (D. Del. July 26, 2012). In the Third Circuit, "the focus of the inquiry is aimed at determining whether the party seeking to protect sealed judicial records has specifically demonstrated the need to keep the materials under seal." *Joint Stock Soc. v. UDV N. Am., Inc.*, 104 F. Supp. 2d 390, 396 (D. Del. 2000).

4. In this matter, Plaintiff has shown the need to keep the documents produced and cited in the Complaint pursuant to the Agreement under seal. The parties entered into the Agreement with the expectation that the documents produced pursuant to the Agreement would be kept confidential, and the Complaint necessarily references certain confidential documents produced pursuant to the Agreement.

WHEREFORE, Plaintiff respectfully requests leave of Court to file the Complaint under seal.

Dated: June 3, 2020

Respectfully submitted,

**O'KELLY & ERNST, LLC**

*/s/ Ryan M. Ernst*
Ryan M. Ernst, Esq. (#4788)
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
Phone (302) 778-4000
Email: rernst@oelegal.com

*Attorneys for Plaintiff*

**LIFSHITZ LAW FIRM, P.C.**
Joshua M. Lifshitz
821 Franklin Avenue, Suite 209
Garden City, New York 11530
Telephone: (516) 493-9780
Facsimile: (516) 280-7376