**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BRIAN FORD, Derivatively On Behalf Of QUALCOMM INCORPORATED, | ) | |
| Plaintiff, | ) | C.A. No.: 1:20-cv-00748-LPS |
| v. | ) | |
| DEREK K. ABERLE, et al., | ) | |
| Defendants, | ) | |
| -and- | ) | |
| QUALCOMM INCORPORATED, | ) | |
| Nominal Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER REGARDING**
**VOLUNTARY DISMISSAL OF ACTION**

WHEREAS, pursuant to Fed. R. Civ. P. 23.1(c), Plaintiff and Defendants (collectively, the "Parties") hereby jointly agree that the Action should be dismissed without prejudice; and

WHEREAS, no compensation in any form has passed directly or indirectly from any of the Defendants to the Plaintiff or counsel for Plaintiff, and no promise to give any such compensation has been made.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their undersigned counsel, subject to the approval of the Court, as follows:

1. Pursuant to Fed. R. Civ. P. 23.1(c), the Action shall be dismissed without prejudice effective immediately.

2. Plaintiff may re-file his claims in the event plaintiffs prevail in *In re Qualcomm Incorporated Securities Litigation*, Case No. 3:17-cv-00121-JAH-WVG (S.D. Cal.) (the "Securities Class Action").

Dated: February 19, 2021

OF COUNSEL:

**CRAVATH, SWAINE & MOORE LLP**
Rachel G. Skaistis
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
RSkaistis@cravath.com

**POTTER ANDERSON & CORROON LLP**

*/s/ Peter J. Walsh, Jr.*
Peter J. Walsh, Jr. (No. 2437)
Stephanie E. O'Byrne (No. 4446)
Andrew H. Sauder (No. 5560)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000

*Attorneys for Defendants Derek K. Aberle, Steven R. Altman, Donald J. Rosenberg, William F. Davidson, Jr., Paul E. Jacobs, Steven M. Mollenkopf, Mark McLaughlin, Mark Fields, Jeffrey Henderson, Ann Livermore, Harish Manwani, Clark Randt, Irene Rosenfeld, Kornelis Smit, Anthony Vinciquerra, and Nominal Defendant Qualcomm Incorporated*

Dated: February 19, 2021

OF COUNSEL:

**LIFSHITZ LAW FIRM, P.C.**
Joshua M. Lifshitz
821 Franklin Avenue, Suite 209
Garden City, New York 11530
(516) 493-9780
jml@jlclasslaw.com

**O'KELLY & ERNST, LLC**

*/s/ Ryan M. Ernst*
Ryan M. Ernst (No. 4788)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
Facsimile: (302) 397-2557
Email: rernst@oelegal.com

*Attorneys for Plaintiff Brian Ford*

SO ORDERED this 19th day of February, 2021

Judge Leonard P. Stark